DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
SONIA KIM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                          v.<br><br>SONIA KIM, ET AL.,<br><br>                                    Defendants. | **2:15-CR-0015 TLN**<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE: June 4, 2015<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.       By previous order, this matter was set for status conference on June 4, 2015.

2.       By this stipulation, defendants now move to continue the status conference until July 16, 2015 at 9:30 a.m. and to exclude time between June 4, 2015, and July 16, 2015, under Local Code T4.

3.       The parties agree and stipulate, and request that the Court find the following:

a)       The discovery associated with this case includes 112 pages of investigative reports and related documents jointly provided to all defense counsel.  The government has provided individual defense counsel with data and reports from the alleged cell phones of their respective clients, consisting of thousands of pages.  The disclosure of this material to all defense counsel may require litigation because of privacy concerns, if a joint stipulation for disclosure is not reached.

STIPULATION AND ORDER CONTINUING STATUS
CONFERENCE, AND EXCLUDING TIME

1   b)   Counsel for defendants desire additional time to consult with their respective

2   clients, to conduct investigation, and to review discovery in this matter.

3   c)   Counsel for defendants believe that failure to grant the above-requested

4   continuance would deny them the reasonable time necessary for effective preparation, taking into

5   account the exercise of due diligence.

6   d)   The government does not object to the continuance.

7   e)   Based on the above-stated findings, the ends of justice served by continuing the

8   case as requested outweigh the interest of the public and the defendant in a trial within the

9   original date prescribed by the Speedy Trial Act.

10   f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of June 4, 2015 to July 16, 2015,

12   inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]

13   because it results from a continuance granted by the Court at defendant's request on the basis of

14   the Court's finding that the ends of justice served by taking such action outweigh the best interest

15   of the public and the defendant in a speedy trial.

16   4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

17   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18   must commence.

19   IT IS SO STIPULATED.

20   Dated:  May 28, 2015                              BENJAMIN B. WAGNER
                                                        United States Attorney
21

22                                                      /s/ PAUL A. HEMESATH
                                                        PAUL A. HEMESATH
23                                                      Assistant United States Attorney

24   Dated:  May 28, 2015                              /s/ DAVID W. DRATMAN
                                                        DAVID W. DRATMAN
25                                                      Counsel for Defendant
                                                        SONIA KIM AND SIGNED ON
26                                                      BEHALF OF ALL
                                                        DEFENDANTS WITH
27                                                      PERMISSION

28

**FINDINGS AND ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from June 4, 2015 to and including July 16, 2015 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv)).

Dated:  May 28, 2015

_____
Troy L. Nunley
United States District Judge