DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
SONIA KIM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>SONIA KIM, ET AL.,<br><br>            Defendants. | **2:15-CR-0015 TLN**<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE: September 24, 2015<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on September 24, 2015.

2.      By this stipulation, defendants now move to continue the status conference until November 5, 2015 at 9:30 a.m. and to exclude time between September 24, 2015, and November 5, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

    a)      The discovery in this case includes 112 pages of investigative reports and related documents jointly provided to all defense counsel.  The government has provided individual defense counsel with data and reports from the alleged cell phones of their respective clients, consisting of thousands of pages.  The disclosure of this material to all defense counsel may require litigation because of privacy concerns, if a joint stipulation for disclosure is not reached.

b) Counsel for defendants desire additional time to consult with their respective clients, to conduct investigation, and to review discovery in this matter.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2015 to November 5, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 16, 2015             BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ PAUL A. HEMESATH
                                       PAUL A. HEMESATH
                                       Assistant United States Attorney

Dated:  September 16, 2015             /s/ DAVID W. DRATMAN
                                       DAVID W. DRATMAN
                                       Counsel for Defendant
                                       SONIA KIM AND SIGNED ON
                                       BEHALF OF ALL
                                       DEFENDANTS WITH
                                       PERMISSION

STIPULATION AND ORDER CONTINUING STATUS
CONFERENCE, AND EXCLUDING TIME…

2

**FINDINGS AND ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from September 24, 2015 to and including November 5, 2015 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv)).

Dated:  September 16, 2015

_____
Troy L. Nunley
United States District Judge