ROBERTO MARQUEZ (SBN.: 131195)
LAW OFFICES OF ROBERTO MARQUEZ
613 D Street
Marysville, CA  95901
Telephone:  530.749.8766
Facsimile:   530.-743.1364
Email:  robertomarquez@sbcglobal.net

Attorney for Defendant
GURDEEP SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>GURDEEP SINGH, ET AL.,<br><br>            Defendants. | CASE NO.: **2:15-CR-00015 GEB**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE: August 4, 2017<br>TIME:  9:00 A.M.<br>COURT: Hon. Garland E. Burrell, Jr. |
|---|---|

   Plaintiff United States of America, by and through its counsel of record, and defendant Gurdeep Singh, by and through his counsel of record, hereby stipulate as follows:

   1.   By previous orders, this matter was set for status conference on August 4, 2017.

   2.   By this stipulation, defendant Gurdeep Singh seeks to move to continue the status conference to 9/1/2017 at 9:00 a.m. and to exclude time between 8/4/2017 and 9/1/2017 under Local Code T4.

   3.   The parties agree and stipulate, and request that the Court find the following:

       a)   The discovery in this case includes 130 pages of investigative reports and related documents jointly provided to all defense counsel.  The government provided individual defense counsel with data and reports from the alleged cell phones of their respective clients, consisting of thousands of pages.  The disclosure of this material to all defense counsel has not resulted in a joint stipulation for disclosure, but the parties are continuing to communicate to reach an agreement for disclosure, as well as having discussions concerning the resolution of this case.

       b)   Defendant's counsel need to consult with his client, conduct investigation, review

discovery and seek a solution to the discovery of the cell phone contents, as well as continuing the discussions regarding the resolution of this case.

      c)      Counsel for defendant Gurdeep Singh believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 31, 2017 to April 14, 2017 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 13, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

Dated: July 13, 2017

/s/ ROBERTO MARQUEZ
ROBERTO MARQUEZ
Counsel for Defendant
GURDEEP SINGH,

**[PROPOSED] FINDINGS AND ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from August 4, 2017 to September 1, 2017 inclusive shall be excluded from computation of time within which the trial of the case of Gurdeep Singh must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv)).

Dated:  July 18, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge