PHILLIP A. TALBERT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GURDEEP SINGH,<br><br>Defendant. | CASE NO. 2:15-CR-00015-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 1, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 1, 2017.

2. By this stipulation, defendant now moves to continue the status conference until November 3, 2017, and to exclude time between September 1, 2017, and November 3, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes written reports and descriptions of the items found during defendant's arrest, including a phone. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with his client, review the discovery, and conduct an investigation.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 1, 2017 to November 3, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 29, 2017                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ PAUL A. HEMESATH
                                          PAUL A. HEMESATH
                                          Assistant United States Attorney


Dated: August 29, 2017                    /s/ ROBERTO MARQUEZ
                                          ROBERTO MARQUEZ
                                          Counsel for Defendant
                                          GURDEEP SINGH

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: August 31, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge