McGREGOR W. SCOTT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   v.<br><br>GURDEEP SINGH,<br><br>     Defendant. | CASE NO. 2:15-CR-00015-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 10, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on August 10, 2018.

2.  By this stipulation, defendant now moves to continue the status conference until August 17, 2018, and to exclude time between August 10, 2018, and August 17, 2018, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

   a)  The government has represented that the discovery associated with this case includes written reports and descriptions of the items found during defendant's arrest, including a phone. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b)  Counsel for defendant desires additional time to consult with his client, review the

discovery, and to apply that information to an analysis of whether the government can prove its case. This analysis bears directly on defendant's decision to confirm for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2018 to August 17, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 9, 2018                    McGREGOR W. SCOTT
                                         United States Attorney


                                         /s/ PAUL A. HEMESATH
                                         PAUL A. HEMESATH
                                         Assistant United States Attorney


Dated: August 9, 2018                    /s/ ROBERTO MARQUEZ
                                         ROBERTO MARQUEZ
                                         Counsel for Defendant
                                         GURDEEP SINGH

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 9, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge