Roberto Marquez, SB#131195
Law Office of Roberto Marquez
613 D Street
Marysville, CA 95901
(530) 749-8766

Attorney for Defendant,
Gurdeep Singh

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-cr-00015 GEB |
| Plaintiff, | STIPULATION AND ORDER EXONERATING BOND |
| vs. | |
| GURDEEP SINGH, | |
| Defendant | |

On January 9, 2015, defendant Gurdeep Singh was released on a $350,000 Secured Appearance Bond. Pursuant to the court's order, the court received three deeds of trust, noted in docket entries 45, 47, and 48.

On November 16, 2018, Mr. Singh was sentenced to 46 months imprisonment with a self-surrender date of January 18, 2019. The judgment was filed on November 19, 2018.

On January 18, 2019, Mr. Singh was taken into custody by the Bureau of Prisons as ordered.

Because Mr. Singh has been sentenced by the court and his matter has concluded, the parties stipulate that his appearance bond be exonerated, and that the deeds of trust be reconveyed.

1

DATED: January 30, 2019        /s/ Roberto Marquez, Attorney for Defendant, Gurdeep Singh

DATED: January 30, 2019        /s/ Paul Andrew Hemesath, Assistant U.S. Attorney

## ORDER

Pursuant to the above stipulation, Mr. Gurdeep Singh's release bond is exonerated. The clerk is directed to reconvey the collateral received on his behalf (Docket Entries 45, 47, and 48).

Dated:   January 31, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE